IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHARLES DAVIS,**

    **Plaintiff,**

**v.**                                     **CASE NO. 5:15-cv-5-RS-GRJ**

**BAY COUNTY JAIL, et al.,**

    **Defendants.**

_____/

**ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 13). I have reviewed the report and recommendation *de novo*. No objections were filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant Bay County Jail's Motion to Dismiss (Doc. 5) is **GRANTED**. All claims against defendant Bay County Jail are **DISMISSED.**

**ORDERED** on March 30, 2015.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**