IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES J. DAVIS,

    Plaintiff,

v.	Case No. 5:15cv5-MW/GRJ

DARLA GRESKO, et al.,

    Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 36. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendants' Motion for Summary Judgment is **GRANTED.** ECF No. 20. All pending motions are terminated and this case is **DISMISSED.**" The Clerk shall close the file.

SO ORDERED on August 20, 2015.

                                                   s/MARK E. WALKER
                                                 **United States District Judge**